[No. 30877-7-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03117-9, Faith Enyeart, J., entered May 21, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31020-8-I.   Division One.   August 2, 1993.]

*In the Matter of the Marriage of* LISSA J. LAUBACH, *Respondent, and* DONALD S. LAUBACH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-3-05780-1, Murray A. McLeod, J. Pro Tem., entered June 4, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Forrest, JJ.

[No. 30366-0-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. L.A.J., *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 92-8-00004-7, Richard L. Pitt, J., entered March 5, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Forrest, JJ.

[No. 31008-9-I.   Division One.   August 2, 1993.]

DON W. TAYLOR, *Appellant*, v. STEPHEN K. BENIRSCHKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-01970-2, Ann Schindler, J., entered June 8, 1992. *Reversed* by unpublished opinion per Agid, J., concurred in by Baker and Kennedy, JJ.